[77 NE3d 359, 54 NYS3d 641]

In the Matter of Raymond Castro, Respondent, v Dora Schriro, Correction Commissioner of the New York City Department of Correction, et al., Appellants.

Decided June 1, 2017

###### APPEARANCES OF COUNSEL

*Zachary W. Carter, Corporation Counsel*, New York City (*Ingrid R. Gustafson, Richard Dearing* and *Claude S. Platton* of counsel), for appellants.

*Koehler & Isaacs LLP*, New York City (*Liam L. Castro* of counsel), for respondent.

###### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question answered in the affirmative. Under the circumstances presented, the Appellate Division correctly held that the petition stated a claim for improper termination.

Concur: Chief Judge DiFIORE and Judges RIVERA, STEIN, FAHEY, GARCIA and WILSON.